Paul M. Belnap, #0279
A.J. Sano, #9925
STRONG & HANNI
3 Triad Center, #500
Salt Lake City, UT 84180
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
pbelnap@strongandhanni.com
*Attorneys for Fluor Corporation, dba Fluor Enterprises, Inc.*

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

### CENTRAL DIVISION

| | |
|---|---|
| KRAIG J. BROWN, <br><br> Plaintiff, <br><br> v. <br><br> FLUOR CORPORATION, a Delaware corporation, dba FLUOR ENTERPRISES, INC.; and HEXCEL CORPORATION, a Delaware Corporation, <br><br> Defendant. | **PETITION FOR REMOVAL** <br><br> Case No.: <br><br> Judge |

Defendants Fluor Corporation and Fluor Enterprises, Inc. (hereinafter "Fluor"), by and through counsel, hereby petitions for removal of the above-entitled action from the Third Judicial District Court of Salt Lake County, State of Utah, to the United States District Court for the District of Utah. By this petition, Fluor gives notice of the removal of this action. This removal is made pursuant to 28 U.S.C. § 1441 and § 1446 and is proper and appropriate based upon the following:

1. On or about November 22, 2013, defendants Fluor were served with a Summons and

Complaint in an action entitled Kraig J. Brown, Plaintiff, v. Fluor Corporation, a Delaware corporation, dba Fluor Enterprises, Inc.; and Hexcel Corporation, a Delaware corporation, Civil No. 130907960 in the Third District Court of Salt Lake County, State of Utah. A copy of the Summons and Complaint are attached to this petition as Exhibit A

2. The Complaint alleges that plaintiff is a resident of Salt Lake County, State of Utah.

3. Fluor Corporation is a Delaware/foreign corporation authorized to do and doing business in the State of Utah, with its principal place of business in Dallas, Texas. Fluor Enterprises, Inc. is a California corporation with its principal place of business in Dallas, Texas

4. Removal of this action is proper under 28 U.S.C. § 1441(b). This Court has diversity jurisdiction over this matter as Fluor is a foreign corporation and the Plaintiff is a resident of the State of Utah. In addition, plaintiff has alleged damages in an amount in excess of $75,000.

5. The co-defendant Hexcel is a foreign corporation and will file consent to this removal.

6. This Notice of Removal is filed within thirty (30) days after receipt of the Complaint, as required by 28 U.S.C. § 1441(b), and the removal is proper based upon diversity of citizenship of the parties. Accordingly, the requirements of 28 U.S.C. § 1441(a) are met.

DATED this 12 day of December, 2013.

STRONG & HANNI

By /s/ Paul M. Belnap
Paul M. Belnap
A.J. Sano
Attorneys for Fluor Corporation
dba Fluor Enterprises, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this ___12TH___ day of December, 2013, a true and correct copy of the foregoing **Petition for Removal** was served by the method indicated below, to the following:

<table>
<tr><td>

William J. Hansen<br>
CHRISTENSEN & JENSEN, P.C.<br>
15 West South Temple, Suite 800<br>
Salt Lake City, UT 84101

</td><td>

(✓) U.S. Mail, Postage Prepaid<br>
( ) Hand Delivered<br>
( ) Overnight Mail<br>
( ) Facsimile<br>
(✓) e-mail<br>
( ) CM/ECF System

</td></tr>
<tr><td>

John Edward Hansen<br>
SCALLEY READING BATES HANSEN<br>
  & RASUMSSEN<br>
15 West South Temple, Suite 600<br>
Salt Lake City, UT 84101

</td><td>

(✓) U.S. Mail, Postage Prepaid<br>
( ) Hand Delivered<br>
( ) Overnight Mail<br>
( ) Facsimile<br>
( ) CM/ECF System<br>
(✓) e-mail

</td></tr>
<tr><td>

John A. Anderson<br>
Marc T. Rasich<br>
STOEL RIVES<br>
201 South Main Street, Suite 1100<br>
Salt Lake City UT 84111

</td><td>

(✓) U.S. Mail, Postage Prepaid<br>
( ) Hand Delivered<br>
( ) Overnight Mail<br>
( ) Facsimile<br>
(✓) e-mail<br>
( ) CM/ECF System

</td></tr>
</table>

_____
        [signature]

001287.00462