Paul M. Belnap, #0279
A.J. Sano, #9925
STRONG & HANNI
102 South 200 East, #800
Salt Lake City, UT  84111
Telephone:  (801) 532-7080
Facsimile:   (801) 596-1508
pbelnap@strongandhanni.com
ajsano@strongandhanni.com
*Attorneys for Fluor Corporation*

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**

**CENTRAL DIVISION**

| | |
|---|---|
| KRAIG J. BROWN,<br><br>                    Plaintiff,<br><br>v.<br><br>FLUOR CORPORATION, a Delaware corporation, dba FLUOR ENTERPRISES, INC.; and HEXCEL CORPORATION, a Delaware Corporation,<br><br>                    Defendants. | STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE<br><br>Case No.:  2:13-cv-001096<br><br>Judge Ted Stewart |

Plaintiffs, by and through counsel of record, and defendants, by and through counsel of record, stipulate that said plaintiff's Complaint, and all claims contained therein, whether alleged or not alleged, pleaded or not pleaded, have been settled, compromised, and resolved in full, and that said Complaint and all such claims may be dismissed, with prejudice, on the merits, the parties to bear their own respective costs and fees.

The parties, through counsel, move the Court for an Order pursuant hereto. A proposed Order of Dismissal with Prejudice is submitted herewith.

DATED this 14th day of January, 2015.

        STRONG & HANNI

        /s/ A. Joseph Sano
By                                   
        Paul M. Belnap
        A. Joseph Sano
        Attorneys for Fluor Corporation

DATED this 14th day of January, 2015.

        STOEL RIVES

        /s/ John A. Anderson with permission
By                                   
        Marc T. Rasich
        John A. Anderson
        Attorneys for Hexcel Corporation

DATED this 14th day of January, 2015.

        CHRISTENSEN & JENSEN

        /s/ William J. Hansen with permission
By                                   
        William J. Hansen
        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2015, a true and correct copy of the foregoing Stipulation and Motion for Dismissal With Prejudice was served by the method indicated below, to the following:

| | | |
|---|---|---|
| William J. Hansen | ( ) | U.S. Mail, Postage Prepaid |
| CHRISTENSEN & JENSEN, P.C. | ( ) | Hand Delivered |
| 15 West South Temple, Suite 800 | ( ) | Overnight Mail |
| Salt Lake City, UT 84101 | ( ) | Facsimile |
| | (X) | CM/ECF System |
| | | |
| John Edward Hansen | ( ) | U.S. Mail, Postage Prepaid |
| SCALLEY READING BATES HANSEN | ( ) | Hand Delivered |
|   & RASUMSSEN | ( ) | Overnight Mail |
| 15 West South Temple, Suite 600 | ( ) | Facsimile |
| Salt Lake City, UT 84101 | (X) | CM/ECF System |
| | | |
| John A. Anderson | ( ) | U.S. Mail, Postage Prepaid |
| Marc T. Rasich | ( ) | Hand Delivered |
| STOEL RIVES | ( ) | Overnight Mail |
| 201 South Main Street, Suite 1100 | ( ) | Facsimile |
| Salt Lake City, UT 84111 | ( X) | CM/ECF System |

/s/ Michelle Peters

001287.00462